**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **EDWARD EUGENE BARBER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **NO. 7:12-CV-00165-HL** |
| **VS.** | : | |
| | : | |
| **ERIC HOLDER, et. al.,** | : | |
| | : | |
| **Defendants.** | : | |

---

**ORDER ON REQUEST FOR JUDICIAL NOTICE**

Plaintiff **EDWARD EUGENE BARBER**, an inmate currently confined at Valdosta State Prison, filed a *pro se* application for a "writ of mandamus" (ECF No. 1 & 5) and also sought leave to proceed *in forma pauperis* (ECF No. 2).  After a review of Plaintiff's allegations, this Court dismissed the Complaint under 28 U.S.C. § 1915(g); judgment was entered on January 14, 2013.

Plaintiff has now submitted a "Request ... For Judicial Notice" (ECF No. 11).  To the extent Plaintiff intended this filing to be a motion for reconsideration, see Fed. R. Civ. P. 59(e), the Court finds that it has absolutely no merit, and it is **DENIED**.

**SO ORDERED**, this 25th day of January 2013.

*s/ Hugh Lawson*

HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr