IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EDWARD EUGENE BARBER, : | |
| Plaintiff, : | |
| : | NO. 7:12-CV-00165-HL |
| VS. : | |
| ERIC HOLDER, et. al., : | |
| Defendants. : | |

## ORDER ON REQUEST FOR JUDICIAL NOTICE

Plaintiff **EDWARD EUGENE BARBER**, an inmate currently confined at Valdosta State Prison, filed a *pro se* application for a "writ of mandamus" (ECF No. 1 & 5) and also sought leave to proceed *in forma pauperis* (ECF No. 2). After a review of Plaintiff's allegations, this Court dismissed the Complaint under 28 U.S.C. § 1915(g); judgment was entered on January 14, 2013.

Plaintiff has now submitted a "Request ... For Judicial Notice" (ECF No. 11). To the extent Plaintiff intended this filing to be a motion for reconsideration, see Fed. R. Civ. P. 59(e), the Court finds that it has absolutely no merit, and it is **DENIED**.

**SO ORDERED**, this 25th day of January 2013.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr