IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **EDWARD EUGENE BARBER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **NO. 7:12-CV-00165-HL** |
| **VS.** | : | |
| | : | |
| **ERIC HOLDER, et. al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Plaintiff **EDWARD EUGENE BARBER** has filed a Motion to Proceed *in forma pauperis* on Appeal (ECF No. 14) from this Court's January 14, 2013, Order (ECF No. 9) dismissing this action under 28 U.S.C. § 1915(g).  In the Court's best judgment, an appeal from that Order cannot be taken in good faith.  Plaintiff's Motion to Proceed *in forma pauperis* on Appeal is accordingly **DENIED**.  See 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis . . . unless . . . the district court . . . certifies that the appeal is not taken in good faith.").

If Plaintiff wishes to proceed with his appeal, he must pay the entire $ 455.00 appellate filing fee.  Because Plaintiff has stated that he cannot pay the $ 455.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b).  Pursuant to § 1915(b), the prison account custodian where Plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account until the $ 455.00 appellate filing fee has been paid in full.  Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in

the account exceeds $ 10.00 until the total filing fee of $ 455.00 has been paid.  For this reason, the

Clerk of Court is **DIRECTED** to mail a copy of this Order to the custodian of the prison in which

Plaintiff is incarcerated.  Checks should be made payable to "Clerk, U.S. District Court."


**SO ORDERED**, this 15th day of February 2013.

s/ *Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr